MARK D. FLANAGAN, State Bar No. 130303
LISA A. DAVIS, State Bar No. 179854
DYLAN J. LIDDIARD, State Bar. No. 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
Towantic Energy, L.L.C.

LOREN KIEVE (State Bar No. 56280)
W. PAUL SCHUCK (State Bar No. 203717)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant and Counterclaimant
General Electric Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOWANTIC ENERGY, LLC, a Delaware limited liability company, <br><br>             Plaintiff and Counterclaim Defendant, <br><br>   v. <br><br> GENERAL ELECTRIC COMPANY, a New York corporation, <br><br>             Defendant and Counterclaimant. | CASE NO.:  C04-00446 JF <br><br> **JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIM | |

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure and in accordance with a settlement agreement reached in connection with the above-
3  captioned action (the "Action"), Plaintiff and Counterclaim Defendant Towantic Energy, L.L.C.
4  and Defendant and Counterclaimant General Electric Company, hereby voluntarily dismiss the
5  Action with prejudice.

Dated:  August 3, 2005                  WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:      /s/ Mark D. Flanagan
                                                   Mark D. Flanagan

                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        Towantic Energy, L.L.C.


Dated:  August 3, 2005                  QUINN EMANUEL URQUHART OLIVER &
                                        HEDGES LLP


                                        By: _____
                                                    Loren Kieve

                                        Attorneys for Defendant and Counterclaimant
                                        General Electric Company

NOTICE OF VOLUNTARY DISMISSAL WITH           -2-                    R 42 Notice of Dismissal.DOC
PREJUDICE
CASE NO.:  C04-00446 JF

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and in accordance with a settlement agreement reached in connection with the above-captioned action (the "Action"), Plaintiff and Counterclaim Defendant Towantic Energy, L.L.C. and Defendant and Counterclaimant General Electric Company, hereby voluntarily dismiss the Action with prejudice.

Dated: August 3, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Mark D. Flanagan

Attorneys for Plaintiff and Counterclaim Defendant Towantic Energy, L.L.C.

Dated: August 3, 2005

QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: _____
Loren Kieve

Attorneys for Defendant and Counterclaimant General Electric Company