MARK D. FLANAGAN, State Bar No. 130303
LISA A. DAVIS, State Bar No. 179854
DYLAN J. LIDDIARD, State Bar. No. 203055
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Plaintiff and Counterclaim Defendant
Towantic Energy, L.L.C.


LOREN KIEVE (State Bar No. 56280)
W. PAUL SCHUCK (State Bar No. 203717)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

**E-filed 8/10/05**

Attorneys for Defendant and Counterclaimant
General Electric Company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TOWANTIC ENERGY, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY, a New York corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIM | CASE NO.:  C04-00446 JF<br><br>**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure and in accordance with a settlement agreement reached in connection with the above-
3  captioned action (the "Action"), Plaintiff and Counterclaim Defendant Towantic Energy, L.L.C.
4  and Defendant and Counterclaimant General Electric Company, hereby voluntarily dismiss the
5  Action with prejudice.

Dated:  August 3, 2005        WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By:      /s/ Mark D. Flanagan
                                       Mark D. Flanagan

                              Attorneys for Plaintiff and Counterclaim Defendant
                              Towantic Energy, L.L.C.


Dated:  August 3, 2005        QUINN EMANUEL URQUHART OLIVER &
                              HEDGES LLP


                              By: _____
                                       Loren Kieve

                              Attorneys for Defendant and Counterclaimant
                              General Electric Company

1  NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure and in accordance with a settlement agreement reached in connection with the above-
3  captioned action (the "Action"), Plaintiff and Counterclaim Defendant Towantic Energy, L.L.C.
4  and Defendant and Counterclaimant General Electric Company, hereby voluntarily dismiss the
5  Action with prejudice.

10  Dated: August 3, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
    Mark D. Flanagan

Attorneys for Plaintiff and Counterclaim Defendant
Towantic Energy, L.L.C.

17  Dated: August 3, 2005

QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP

By: *(signed)* Loren Kieve
    Loren Kieve

Attorneys for Defendant and Counterclaimant
General Electric Company

IT IS SO ORDERED.

Judge Jeremy Fogel
United States District Court

8/10/05

NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE
CASE NO.: C04-00446 JF

-2-

R42NoticeofDismissal.DOC